Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
4/2/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

Case Number    2:24-cr-00219-MEMF          Defendant Number  1

U.S.A.  v.  JOHN FLYNN                     Year of Birth   1981

[✓] Indictment          [ ] Information    Investigative agency (FBI, DEA, etc.)   USPIS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   SEPT 15, 2015 TO

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 U.S.C. 1349, 1343

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related
if a previously filed indictment or information and the present
case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): CR 23-00200 MCS

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:   N/A

Assigned Judge:   N/A

Charging: N/A

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide Name:   N/A

Phone Number:   N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*          [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[✓] Yes*          [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*          [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*          [ ] No

Was a Notice of Complex Case filed on the Indictment or
Information?
[ ] Yes          [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?　　☐ YES　☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male　　　☐ Female

☐ U.S. Citizen　☑ Alien

Alias Name(s)　JOHN HOGG, JOHN MURPHY

This defendant is charged in:

　☑ All counts

　☐ Only counts:

☐ This defendant is designated as "High Risk" per
　18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
　18 USC § 3166(b)(7).

Is defendant a juvenile?　　☐ Yes　☑ No

IF YES, should matter be sealed?　☐ Yes　☐ No

The area(s) of substantive law that will be involved in this case include(s):

☑ financial institution fraud　☐ public corruption

☐ government fraud　　　　　☐ tax offenses

☐ environmental issues　　　☑ mail/wire fraud

☐ narcotics offenses　　　　☐ immigration offenses

☐ violent crimes/firearms　　☐ corporate fraud

☐ Other　N/A

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:　N/A

b. Posted bond at complaint level on:　N/A

　in the amount of $ N/A

c. PSA supervision?　☐ Yes　☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:　☐ State　☐ Federal

b. Name of Institution:　N/A

c. If Federal, U.S. Marshals Service Registration Number:
　N/A

d. ☐ Solely on this charge.  Date and time of arrest:
　N/A

e. On another conviction:　☐ Yes　☐ No

　IF YES :　☐ State　☐ Federal　☐ Writ of Issue

f. Awaiting trial on other charges:　☐ Yes　☐ No

　IF YES :　☐ State　☐ Federal　AND

　Name of Court:　N/A

　Date transferred to federal custody: N/A

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.　＿＿ 20　＿＿ 21　＿＿ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:　N/A

Date　04/02/2024

/s/ Monica E. Tait

Signature of Assistant U.S. Attorney

MONICA E. TAIT

Print Name