E. MARTIN ESTRADA, United States Attorney
MONICA E. TAIT, AUSA, Major Frauds Section
1100 U.S. Courthouse, Los Angeles CA 90012
AMANDA N. LISKAMM, Director, Consumer Prot. Branch, DOJ
WEI XIANG, MEREDITH B. HEALY, and
AMY P. KAPLAN, Trial Attorneys, CPB, DOJ
450 Fifth St, NW, Suite 6400, Washington D.C. 20001

**FILED**
CLERK, U.S. DISTRICT COURT

4/2/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JOHN FLYNN,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No.  2:24-cr-00219-MEMF<br><br>**NOTICE TO COURT OF**<br>**RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Edward Courdy, et al.</u>, Case No. CR 23-00200 MCS, which:

    <u>  x  </u>    was previously assigned to the Honorable Mark C. Scarsi;

    <u>      </u>    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    <u>  x  </u>    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    <u>      </u>    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: April 1, 2024

/s/ Monica E. Tait

MONICA E. TAIT, AUSA